234 F.3d 483 (9th Cir. 2000)
 In re: JOHN DOUGLAS SMITH, Debtor.
JOHN DOUGLAS SMITH, Appellant,
v.
PETER KENNEDY; ARMAND BOUZAGLOU; KIRIT GALA; CARY PRESENT; JOHN SEVILLA; CHARLES WISEMAN; PETER ANDERSON, Peter Anderson, Trustee, Appellees.
 No. 98-56795
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed December 19, 2000
 
 1
 Before: Stephen Reinhardt and Diarmuid F. O'Scannlain, Circuit Judges, and William W Schwarzer,[1] District Judge.
 
 ORDER
 
 2
 The opinion previously filed on August 8, 2000 [221 F.3d 1001], is hereby withdrawn. The petition for rehearing is GRANTED.
 
 
 
 Notes:
 
 
 [1]
 The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.